# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TROY L. PETERS,**

      **Plaintiff,** :

  v.                      Case No. 2:22-cv-3259
                           Judge Sarah D. Morrison
                           Magistrate Judge Caroline H. Gentry

**FRANKLIN COUNTY SHERIFF**
**DALLAS BALDWIN,** *et al.,* :

      **Defendants.**

## ORDER

On January 26, 2023, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff's case be dismissed for lack of prosecution and failure to comply with the Magistrate Judge's orders. (ECF No. 7.) The time for filing objections has passed, and no objections have been filed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. This case is **DISMISSED** without prejudice to refiling.

The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

    IT IS SO ORDERED.

                                             /s/ Sarah D. Morrison
                                             **SARAH D. MORRISON**
                                             **UNITED STATES DISTRICT JUDGE**